UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:16 CR 311 |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| TYRONE THOMAS, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on May 11, 2026 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Tyrone Thomas was present and represented by Attorney Sam Amendolara. The United States was represented by Assistant United States Attorney Brett Hammond. The Pretrial Services and Probation Office was represented by Mark Roth.  The court reporter was Donnalee Cotone. Defendant admitted to supervised release Violation Nos. 1,2,6,4,5,7,8,9,10 and 11  at the April 30, 2026 hearing before Magistrate Judge Reuben J. Sheperd, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Thomas in violation of the terms of his supervised release.

IT IS ORDERED that Defendant's supervised release is revoked. Defendant is committed to 5 months custody of the Bureau of Prisons, with credit for time served.

1

Immediately following incarceration, Defendant shall be placed in an in-patient residential

reentry center, at Community Corrections Association in Youngstown for up to 6 months, when

a bed becomes available.  If Defendant is not immediately placed into the residential reentry

center, he shall be placed on Home Detention with Electronic Monitoring, at the direction of the

Probation Officer, until a bed becomes available.  Thereafter, Defendant's supervision shall

continue for two years, with the same terms and conditions as previously imposed, including

substance abuse and mental health treatment.  Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 12, 2026